IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HEATHER M. POPE,

     Appellant,

v.

FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3128

Opinion filed October 4, 2016.

An appeal from the Circuit Court for Nassau County.
Aaron K. Bowden, Senior Judge.

Robert L. Peters, Fernandina Beach, for Appellant.

Daniel S. Stein and Mary Pascal Stella of Popkin & Rosaler, P.A., Deerfield Beach, for Appellee.

PER CURIAM.

     AFFIRMED. Congress Park Office Condos, II, LLC v. First-Citizens Bank & Trust Co., 105 So. 3d 602 (Fla. 4th DCA 2013) (noting that lack of standing is

an affirmative defense which must be pleaded or is waived); Fla. R. Civ. P. 1.110(d), 1.140(b).

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.